Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  16−23036−SLM
                        Chapter:  13
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Emmanuel C Baynosa
   16 Beacon Avenue
   Jersey City, NJ 07306

Social Security No.:
   xxx−xx−1908

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:             10/26/16
Time:           09:00 AM
Location:       Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 14, 2016
JJW: lc

                                                James J. Waldron
                                                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-23036-SLM
Emmanuel C Baynosa                                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 14, 2016
                Form ID: 132    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
```
db             +Emmanuel C Baynosa,    16 Beacon Avenue,    Jersey City, NJ 07306-1502
cr             +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516275470       Bradshaw Properties, LLC,    Attn: Jeremy Doppclt Realty Mgmt.,    Suite 502,    408 Main Street,
                 Boonton, NJ 07005-3701
516279658      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance,     25505 West 12 Mile Road,
                 Southfield , MI 48034)
516275471       CV XXVIII, LLC,    Attn: Stern & Eisenberg, Esqs.,    1040 N. Kings Highway, Suite 407,
                 Cherry Hill, NJ 08034-1925
516361313       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516275472       CitiMortgage, Inc.,    1000 Technology Drive,    Mail Station 420,    OFallon, MO 63368-2239
516390672       Citimortgage, Inc.,    PO Box 6234,    Sioux Falls, SD 57117
516275474       Lunar Investments,    John N. Giorgi, Esq. MBA,    2092 Morris Avenue,    Second Floor,
                 Union, NJ 07083-6022
516275473       Phelan, Hallinan & Schmeig,    400 Fellowship Road,    Suite 100,    Mount Laurel, NJ 08054-3437
516390889      +Rodolfo S. Gardon,    3 Lanborn Ave.,    Congers, NY 10920-2007
516390886      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stage Coach Cir,
                 Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 14 2016 23:22:28     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 14 2016 23:22:22     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
               nj.bkecf@fedphe.com
                                                                                             TOTAL: 4
```