UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 26, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NJID 778487
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for CITIMORTGAGE, INC.

| | |
|---|---|
| IN RE: | : CASE NO. 16-23036 -SLM |
| EMMANUEL C. BAYNOSA | |
| | : Hearing Date September 14, 2016, at 10:30 a.m. |
| Debtor | |
| | : Judge: STACEY L. MEISEL |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND RELIEF FROM THE STAY PROSPECTIVELY AS TO DEBTOR**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 26, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the motion of Phelan Hallinan Diamond & Jones, PC, attorneys for CITIMORTGAGE, INC., under Bankruptcy Code §362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action(s) in the Court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐   Real Property more fully described as: 16-18 BEACON AVENUE, JERSEY CITY, NJ 07306.

It is further ORDERED that any future filings as to the subject property located at 16-18 BEACON AVENUE, JERSEY CITY, NJ, by the debtor, EMMANUEL C. BAYNOSA shall not affect the right of movant, or movant's successor in interest, to proceed with its state law remedies as to the said property, up to and including eviction proceedings. Should the Debtor file a subsequent bankruptcy case before this order is entered, this order shall be effective such that any subsequent filing prior to the entry of this order shall not affect the foreclosure process.

It is further ORDERED that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assigns.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, trustee and any other party who entered an appearance on this motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-23036-SLM
Emmanuel C Baynosa                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 26, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2016.
db              +Emmanuel C Baynosa,    16 Beacon Avenue,    Jersey City, NJ 07306-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Bradshaw Properties LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                                 TOTAL: 5