UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on September 29, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

Emmanuel C Baynosa

| | |
|---|---|
| Case Number: | 16-23036 |
| Hearing Date: | 09/28/2016 |
| Judge: | Hon. Stacey L. Meisel |
| Chapter: | 13 |

Recommended Local Form:   ☑ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 29, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____09/28/2016_____.

☐ Denied.

*rev.8/1/15*