| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| In Re:<br><br>Joann Little | Case No.: 16-28435<br>Chapter: 7<br>Judge: MEISEL |

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

The relief set forth on the following page is hereby **ORDERED**.

DATE: 9/28/16

/S/HON. STACEY L. MEISEL
U. S. Bankruptcy Judge

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☐ The debtor(s) must pay the filing fee according to the following terms:

| You must pay ..... | On or before this date ..... |
|---|---|
| $ _____ | _____ month/day/year |
| $ _____ | _____ month/day/year |
| $ _____ | _____ month/day/year |
| $ _____ | _____ month/day/year |

Total: $ 0.00 _____

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

IMPORTANT: All fees must be paid by certified funds or money order. The Clerk's Office does not accept cash.

*Revised 8/1/15*

Fill in this information to identify your case:

Debtor 1  **Joann Little**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number  **16-28435**
(if known)

☐ Check if this an amended filing

Official Form B 3A
**Application for Individuals to Pay the Filing Fee in Installments**                    12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:    Specify Your Proposed Payment Timetable**

1. Which chapter of the Bankruptcy Code are you choosing to file under?
   ■ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.

   You propose to pay...

   $ 100.00    ■ With the filing of the petition    9/28/16
               ☐ On or before this date.........    MM / DD / YYYY

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   $ 85.00     On or before this date...........   10/25/16
                                                    MM / DD / YYYY

   $ 85.00     On or before this date...........   11/22/16
                                                    MM / DD / YYYY

   + $ 65.00   On or before this date...........   12/19/16
                                                    MM / DD / YYYY

   Total  $ 335.00    Your total must equal the entire fee for the chapter you checked in line 1.

**Part 2:    Sign Below**

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.
- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.
- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

X /s/ Joann Little                    X _____         X /s/ David Witherspoon
  Joann Little                                                            David Witherspoon
  Signature of Debtor 1                 Signature of Debtor 2             Your attorney's name and signature, if you used one

  Date _____                  Date _____              Date _____
       MM / DD / YYYY                         MM / DD / YYYY                   MM / DD / YYYY

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-23036-SLM
Emmanuel C Baynosa                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1         Date Rcvd: Sep 28, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.
db             +Emmanuel C Baynosa,    16 Beacon Avenue,   Jersey City, NJ 07306-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Bradshaw Properties LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Philip Schneider    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
                                                                                          TOTAL: 5